308 N.Y. 859 (1955)
The People of the State of New York ex rel. Lawrence I. Lynch, Appellant,
v.
Robert E. Murphy, as Warden of Auburn Prison, Respondent.
Court of Appeals of the State of New York.
Argued February 28, 1955.
Decided March 11, 1955
Edward T. Dunleavy for appellant.
Jacob K. Javits, Attorney-General (William S. Elder, Jr., and Henry S. Manley of counsel), for respondent.
Concur: CONWAY, Ch. J., DESMOND, DYE, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ.
Order affirmed; no opinion.